■ NICHOLAS T. TEREZAKIS, Respondent, v. PAULINE TEREZAKIS, Appellant.— On this appeal from an order of the Supreme Court, Suffolk County,

dated January 29, 1974, the attorney for appellant has advised this court, by letter dated January 17, 1975, that the appeal has been discontinued pursuant to a stipulation, a copy of which was subsequently filed with this court. In accordance therewith, the appeal is deemed withdrawn, without costs. Gulotta, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.